```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 31672
   KAYAETTA LYNETTE COOKS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6848

--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/20/2008 and was not confirmed.

     The case was dismissed without confirmation 03/05/2009.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
NATIONAL AUTO FINANCE CO UNSECURED         6466.04         .00           .00
CAVALRY PORTFOLIO SERVIC UNSECURED         1274.22         .00           .00
PREMIER BANKCARD         UNSECURED          466.45         .00           .00
PORTFOLIO RECOVERY       UNSECURED          584.97         .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                        .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       --------------      --------------
TOTALS                      .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
     Dated: 03/26/09           _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE